UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

**Michael Andrew Pewarchie III**　　　　　　　　　　Case No. 10-47115-swr
**Janice Katherine Pewarchie**　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　　Judge Rhodes

　　　　　　　　　Debtors
_____/

## 1ST NOTICE OF POST CONFIRMATION PLAN MODIFICATION

NOW COMES Debtors, Michael and Janice Pewarchie, by and through their attorneys, GUDEMAN AND ASSOCIATES, PC, and proposes the following post-confirmation Plan modifications:

1. Excuse the 2010 Federal Tax Refund in the amount of $3,573.00. In the event the trustee receives the 2010 Federal Refund, the trustee shall refund to Mr. and Mrs. Pewarchie the amount of $3,573.00 from the first available funds.

2. Excuse a portion of the 2011 Federal Tax Refund in the amount of $2,304.09.

3. The excused portion of the 2011 Federal Tax Refund in the amount of $2,304.09 shall be credited to Mr. and Mrs. Pewarchie case as regular plan payments to address a portion of the total plan payment deficiency.

4. The balance of the plan payment deficiency in the amount of $3,061.14 shall be excused.

5. A proposed Certificate of No Response outlining the terms of this modification is attached as **Exhibit A**.

In support of this Post-Confirmation Plan Modification Debtor state the following:

6. Mr. and Mrs. Pewarchie's Chapter 13 Case was confirmed pursuant to the Court's order dated 31, July 2010.

7. Since the confirmation of the case Mr. and Mrs. Pewarchie have both suffered serious medical issues, which have resulted in significant out of pocket medical expenses. In June 2012, Mr. Pewarchie was hospitalized to have a tumor removed from his kidney. Mrs. Pewarchie was hospitalized in August for serious health issues and is still being treated for health issues associated with that hospitalization. Schedule J does provide for a monthly amount towards medical and dental, however the Debtors continue to receive medical bills daily in association with initial treatments as well as for the ongoing medical care during Mrs. Pewarchie's recuperation. Additionally, the Debtors had a State Tax liability in the amount of $397.27. As such, Mr. and Mrs. Pewarchie requests that the 2010 Federal Refund in the amount of $3,573.00 be excused in its entirety to help defray the out of pocket costs for previous and current medical expenses and the State Income tax liability.

8. Mr. and Mrs. Pewarchie currently have a plan payment deficiency in the total amount of $5,365.23. A portion of this amount is due to a missed bi-weekly plan payment for June 2012, and a missed bi-weekly plan payment for July 2012.00. These missed plan payments occurred during the period of hospitalization and recuperation of Mr. Pewarchie for his surgery to remove a tumor from his kidney. During that time, he did not receive regular pay checks. Debtors seek to excuse these 2 plan payments totaling $3,061.14 as requiring Mr. and Mrs. Pewarchie to make these up will cause undue hardship and could jeopardize a successful completion and discharge of their case.

9. The balance of the plan payment deficiency in the amount of $2,304.09 occurred early on in the case due to the late start of Mr. Pewarchie's payment order. The payment order was entered with the Court on 3/26/2010 and the Trustee served it, as required per Local

Bankruptcy Rule 1007 (2) on 3/29/2012. In addition, there were plan payment changes within the True Copy Order Confirming Plan dated 7/31/2010. The Trustee sent out letters to the employer for these changes, however, the payroll deduction for the first payment change never took effect, and the deduction for the second payment change was delayed. Based upon this, Mr. and Mrs. Pewarchie seeks to excuse a portion of the 2011 Federal Refund which has posted on the Trustee records on 4/16/2011 in the amount of $2,304.09, and that the Trustee adjust her records to account for these monies as regular plan payments. This would allow some much needed relief to Mr. and Mrs. Pewarchie during this stressful period due to the significant medical issues they have experienced this year.

10. Mr. and Mrs. Pewarchie maintain a modest to slim budget and despite the current plan payment deficiency they have a pay history of 94+%, having paid in $97,367.74 as of this date. Their plan is running timely and may provide a greater dividend to the Class 8 General Unsecured creditors even with the excusal of the plan payment deficiency. No increase is being offered to these creditors, as by virtue of the plan as confirmed, the Trustee has the authority to make discretionary increases to these creditors based upon periodic reviews of the file.

11. Counsel for Debtors has forwarded proof of the out of pocket medical expenses and the State Income Tax liability to the trustee under separate cover.

12. This modification does adversely affect the Class 8 General Unsecured creditors to the extent that shall not receive benefit of the 2010 Federal Refunds in its entirety. The plan in all other respects remains unchanged.

13. Additionally this proposed Plan Modification will not be adversely affected by Debtors'

counsel's fees as pre-Confirmation attorney's fees and fees for this modification or other necessary post-confirmation review have been estimated in the amount of $3,500.00 and included in the Plan calculation. A copy of the Plan Calc is attached as **Exhibit B**. A copy of the corrected Liquidation Analysis is attached as **Exhibit C** and the Chapter 13 Plan's Worksheet is attached as **Exhibit D**.

/s/ **Edward J. Gudeman**
Edward J. Gudeman (P14454)
GUDEMAN & ASSOCIATES, PC
26862 Woodward Ave., Suite 103
Royal Oak, MI 48067


/s/ **Michael Andrew Pewarchie III**
Michael Andrew Pewarchie, Debtor


/s/ **Janice Katherine Pewarchie**
Janice Katherine Pewarchie, Debtor

Dated: 8, October 2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

**Michael Andrew Pewarchie III**  Case No. 10-47115-swr
**Janice Katherine Pewarchie**  Chapter 13
  Judge Rhodes

           Debtors
_____/

Exhibit A

CERTIFICATE OF NO RESPONSE TO:
**PROPOSED PLAN MODIFICATION**

      Edward J. Gudeman, being first duly sworn, deposes and says that I am the attorney for the above named Debtor(s); that notices were mailed out to the debtor, Trustee, and all parties on the matrix on (XXXXX), regarding the Proposed Plan Modification and no objections have been properly filed with the Court.

WHEREFORE, the Chapter 13 Plan shall be modified as follows:

1. The 2010 Federal Tax Refund in the amount of $3,573.00 is excused. In the event the trustee receives the 2010 Federal Refund, the trustee shall refund to Mr. and Mrs. Pewarchie the amount of $3,573.00 from the first available funds.
2. $2,304.09 of the 2011 Federal Tax Refund is excused.
3. The excused portion of the 2011 Federal Tax Refund in the amount of $2,304.09 shall be credited to Mr. and Mrs. Pewarchie case as regular plan payments to address a portion of the total plan payment deficiency.
4. The balance of the plan payment deficiency in the amount of $3,061.14 shall be excused.
5. The plan in all other respects remains unchanged.

Dated: (XXXXX)           **/s/ Edward J Gudeman**
                                 Edward J. Gudeman (P14454)
                                 Attorney for Debtors
                                 26862 Woodward Ave
                                 Suite 103
                                 Royal Oak, MI 48067
                                 (248)546-2800
                                 ecf@gudemanlaw.com

EXHIBIT B

**BSS** 13Network

GUDEMAN & ASSOCIATES, PC Case Query

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 |

Enter Case Number, Name, Social Security Number, or @1st Address Line:

LogOut Now

| 10-47115-SWR | MICHAEL ANDREW PEWARCHIE III (xxx-xx-9463) | 15124 CHIPPEWA • • WARREN • MI • 48088 | Recently Accessed Cases 10-47115-SWR MICHAEL ANDREW PEWARCHIE III |
|---|---|---|---|
| | JANICE KATHERINE PEWARCHIE (xxx-xx-5889) | 15124 CHIPPEWA • • WARREN • MI • 48088 | $1,530.57 BW/ Bar Date(s): 7/22/2010 (has passed) 9/4/2010 (has passed) |
| Print Inquiry | Trustee: Krispen S. Carroll | Attorney: GUDEMAN & ASSOCIATES | Confirmed: 7/31/2010 |
| | | | Case Status: OPEN/ACTIVE |

The data on these pages has not been audited and is provided for general information only.

27 Month(s) since Confirmation UP = $0.00 TPI = $96,735.51 BOH = $1,544.09

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| **ATTORNEY FEE** | | | | | | | | |
| 1 | GUDEMAN & ASSOCIATES | $2,543.87 | | | | | | |
| 2 | ADDED CREDITOR | $5,000.00 | | $5,000.00 | | | $5,000.00 | |
| **PRIOR ATTORNEY** | | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| **DEBTOR REFUND** | | | | | | | | |
| 4 | MICHAEL ANDREW PEWARCHIE III | | | | | | | |
| **ARREARAGE - MORTGAGE/LAND CONTRACT** | | | | | | | | |
| 5 | CITIMORTGAGE | $9,745.03 | | | | $270.69 | | |
| 6 | ADDED CREDITOR | | | | | | | |
| **ARREARAGE - VEHICLE** | | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| **ARREARAGE - OTHER** | | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| **CONT'G DEBT (USE IN PLAN CALC)** | | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| **CURR MTG** | | | | | | | | |
| 11 | CITIMORTGAGE | | | | | $1,358.46 | $44,829.18 | |
| 12 | ADDED CREDITOR | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| **EXEC CONTRACT - VEHICLE** | | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| **EXEC CONTRACT - NON-VEHICLE** | | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| **POST-PET/PRE-CONF MTG PYMTS** | | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| **DSO CREDITOR - ARREARAGE** | | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| **DSO CREDITOR - CONTINUING** | | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| **PRIORITY** | | | | | | | | |
| 22 | INTERNAL REVENUE SERVICE | $9,533.33 | | $9,533.33 | | | $9,533.33 | |
| 23 | ADDED CREDITOR | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| **PROP TAX** | | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| **SECURED** | | | | | | | | |
| 26 | CITIMORTGAGE | $84.00 | | | | $2.27 | $57.27 | 25 |
| 27 | ADDED CREDITOR | | | | | | | |
| 28 | ADDED CREDITOR | | | | | | | |
| **AUTOMOBILE** | | | | | | | | |
| 29 | AMERICREDIT FINANCIAL SERVICE | $17,980.35 | | $2,054.12 | 5.0000 | $328.96 | $2,085.80 | 6 |
| 30 | CAPITAL ONE AUTO FINANCE | $15,812.09 | | $1,814.09 | 5.0000 | $289.15 | $1,842.19 | 6 |
| 31 | ADDED CREDITOR | | | | | | | |
| **EQUAL MONTHLY PAYMENT CREDITOR - NON-VEHICLE** | | | | | | | | |
| 32 | ADDED CREDITOR | | | | | | | |
| 33 | ADDED CREDITOR | | | | | | | |
| **EQUAL MONTHLY PAYMENT CREDITOR - VEHICLE** | | | | | | | | |
| 34 | ADDED CREDITOR | | | | | | | |
| 35 | ADDED CREDITOR | | | | | | | |
| 36 | All Unsecured Creditors | Total Unsecured 124879.8 | | | Percent Allowed 20 | | Amount Allowed $24,975.96 | |

Plan Terms 33  Unsecured % 20

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| HUGHES | $1,530.57 | BI-WEEKLY | | |
| MICHAEL ANDREW | $0.00 | MONTHLY | | |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| JANICE KATHERIN | $0.00 | MONTHLY | | |

Due to Creditors: $2,198.71
In from Debtor: $3,321.34

$98,137.48
$110,980.01

Change Line# 0  Restart
Trustee's % 10
Lump Sum $ 1,544.09
Delete Line 0

Your Chapter 13 Information Management System

Krispen Carroll - Detroit, MI

EXHIBIT C

N. **LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY [LBR 3015-1(b)(1)]:**

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 90,000.00 | 134,951.62 | 0.00 | 0.00 | 0.00 |
| VEHICLES | 20,000.00 | 42,102.70 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 3,580.00 | 0.00 | 3,580.00 | 3,580.00 | 0.00 |
| JEWELRY | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CASH/BANK ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER | 13,643.96 | 0.00 | 13,643.96 | 13,643.96 | 0.00 |

Amount available upon liquidation................................................................ $ 0.00

Less administrative expenses and costs ..................................................... $ 0.00

Less priority claims..................................................................................... $ 9,196.10

Amount Available in Chapter 7 .................................................................. $ 0.00

/s/ Edward J. Gudeman
Edward J. Gudeman P14454
Attorney for Debtor
Gudeman & Associates, PC
26862 Woodward Ave.
Suite 103
Royal Oak, MI 48067
ejgudeman@gudemanlaw.com
248.546.2800 Fax:248.546.2808
Phone Number

/s/ Michael Andrew Pewarchie III
Michael Andrew Pewarchie, III
Debtor

/s/ Janice Katherine Pewarchie
Janice Katherine Pewarchie
Joint Debtor

4, October 2012
Date

EXHIBIT D

## WORKSHEET

1. Length of Plan is _____ weeks; __33__ months; _____ years.

   Debtor #1:

2. $ __1,530.57__ per pay period x __Bi-WEEKLY__ (72) pay periods per Plan = $ __109,435.91__ total per Plan

   Debtor #2:

   $ _____ per pay period x _____ ( ) pay periods per Plan = $ _____ total per Plan

3. $ __1,530.57__ per period x __72__ periods in Plan = $109,435.91

4. Lump Sums: $1,544.09

5. Equals total to be paid into the Plan $110,980.00

6. Estimated trustee's fees $11,098.01

7. Attorney fees and costs $3,500.00

8. Total priority claims $9,533.33

9. Total installment mortgage or other long-term debt payments $44,829.18

10. Total of arrearage including interest $0.00

11. Total secured claims, including interest $3,985.26

    Total of items 6 through 11 $ 72,945.77

12. Funds available for unsecured creditors (item 5 minus item 11) $ 38,034.23**

13. Total unsecured claims (if all file) $ $124,879.80

14. Estimated percentage to unsecured creditors under Plan (item 12 divided by item 13) 20%**

15. Estimated dividend to general unsecured creditors if Chapter 7, (see liquidation analysis attached) $ 0.00

**COMMENTS: ** Plan was confirmed at 20%. It will possibly yield a greater dividend, but same is not offered in modification as pursuant to the terms of the plan, the trustee my adjust the Class 8 Creditors upon regular periodic reviews.

*Model Plan Version 2.0 - 05/01*

1

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

**Michael Andrew Pewarchie III**　　　　　　　　　　　Case No. 10-47115-swr
**Janice Katherine Pewarchie**　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　　　　Judge Rhodes

　　　　　　　　　Debtors
_____/

### Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

　　The deadline to file an objection to the attached proposed Chapter 13 Plan Modification is **21 days** after service.

　　If no timely objection is filed, the proponent of the plan modification may file a certificate of no objection and the modified plan will then become effective.

　　If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

　　Objections to the attached proposed chapter 13 plan modification shall be served on the following:

　　　　　　Edward J. Gudeman (P14454)
　　　　　　GUDEMAN & ASSOCIATES, PC
　　　　　　26862 Woodward Ave., Suite 103
　　　　　　Royal Oak, MI 48067

　　　　　　Krispen S. Carroll
　　　　　　Chapter 13 Trustee
　　　　　　719 Griswold
　　　　　　1100 Dime Building
　　　　　　Detroit, MI 48226

　　　　　　　　　　　　　　　　　　**/s/ Edward J. Gudeman**
　　　　　　　　　　　　　　　　　　Edward J. Gudeman (P14454)
　　　　　　　　　　　　　　　　　　GUDEMAN & ASSOCIATES, PC
　　　　　　　　　　　　　　　　　　26862 Woodward Ave., Suite 103
　　　　　　　　　　　　　　　　　　Royal Oak, MI 48067
Date: 8, October 2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

**Michael Andrew Pewarchie III**  
**Janice Katherine Pewarchie**

Case No. 10-47115-swr  
Chapter 13  
Judge Rhodes

Debtors
_____/

## PROOF OF SERVICE

Elizabeth Koyle certifies that on 8, October 2012 she did serve a copy of Debtors' **1ST NOTICE OF POST-CONFIRMATION PLAN MODIFICATION and PROOF OF SERVICE** upon the following parties by depositing same in a United States postal receptacle, with the lawful amount of postage affixed thereto, addressed to:

SEE ATTACHED MATRIX

/s/ **Elizabeth Koyle**  
GUDEMAN & ASSOCIATES, PC  
26862 Woodward Ave., Suite 103  
Royal Oak, MI 48067  
(248) 546-2800

```
Label Matrix for local noticing          AMCA Collection Agency                    Alliance of Home Care Physicians
0645-2                                    2269 S. Saw Mill River Rd Bldg 3         28730 Harper
Case 10-47115-swr                         Elmsford, NY 10523-3848                  Saint Clair Shores, MI 48081-1250
Eastern District of Michigan
Detroit
Thu Oct  4 08:47:14 EDT 2012

Allied Interstate                         (p)AMERICREDIT                           Americredit
3000 Corporate Exchange Dr 5th floor      PO BOX 183853                            801 Cherry Street
Columbus, OH 43231-7723                   ARLINGTON TX 76096-3853                  Suite 3500
                                                                                   Fort Worth, TX 76102-6854


Ann Arbor Credit Bureau Inc.              Best Buy                                 Buckles & Buckles PLC
PO BOX 7820                               P.O. Box 15521                           PO BOX 1150
Ann Arbor, MI 48107-7820                  Wilmington, DE 19850-5521                Birmingham, MI 48012-1150


CANDICA L.L.C.                            CR Evergreen, LLC                        Capital One
C O WEINSTEIN AND RILEY, PS               MS 550                                   P.O. Box 30285
2001 WESTERN AVENUE, STE 400              PO Box 91121                             Salt Lake City, UT 84130-0285
SEATTLE, WA 98121-3132                    Seattle, WA 98111-9221


Capital One Auto Finance                  Capital One Auto Finance, c/o Ascension Capi   Capital One Bank (USA), N.A.
P.O. Box 201347                           P.O. Box 201347                          by American Infosource Lp As Agent
Arlington, TX 76006-1347                  Arlington, TX 76006-1347                 PO Box 71083
                                                                                   Charlotte, NC  28272-1083


CareCentrix                               Chase                                    Chrysler Financial Services Americas LLC
PO BOX 277947                             800 Brooksedge Blvd.                     c/o Shermeta, Adams & Von Allmen, P.C.
Atlanta, GA 30384-7947                    Westerville, OH 43081-2822               P.O. Box 80908
                                                                                   Rochester Hills, MI  48308-0908


CitiMortgage, Inc.                        CitiMortgage, Inc.                       Citimortgage
P O Box 6941                              PO Box 688971                            P.O. Box 689196
The Lakes, NV 88901-6941                  Des Moines, IA 50368-8971                Des Moines, IA 50368-9196


City of Warren                            City of Warren Water Division            Credit Collection Servcies
One City Square                           Ste. 420                                 Two Wells Ave Dept. 7249
Suite 200                                 One City Square                          Newton Center, MA 02459-3208
Warren, MI 48093-2395                     Warren, Mi  48093-5288


Creditors Interchange                     Extra Credit Union                       Extra Credit Union
80 Holtz Drive                            6611 Chicago Road                        c/o Butler, Butler & Rowse-Oberle PLLC
Buffalo, NY 14225-1470                    Warren, MI 48092-1685                    24525 Harper Ave. Ste. 2
                                                                                   St. Clair Shores, MI 48080-1286


Frederick J. Hanna & Associates, P.C.     GMAC Mortgage                            GMAC Mortgage LLC.
1427Roswell Rd                            P.O. Box 9001719                         3451 Hammond Ave.
Marietta, GA 30062-3668                   Louisville, KY 40290-1719                Waterloo, IA 50702-5300
```

| | | |
|---|---|---|
| GMAC Mortgage LLC.<br>c/o Schneiderman & Sherman<br>23938 Research Drive Suite 300<br>Farmington Hills, Mi 48335-2605 | GS Services Limited Partnership<br>6330 Gulfton<br>Houston, TX 77081-1108 | Global Credit & Collection Corp<br>300 International Drive<br>Buffalo, NY 14221-5781 |
| HHCC Gerogiam East<br>21404m Mack Ave<br>Grosse Pointe, MI 48236 | HSBC<br>Department 9600<br>Carol Stream, IL 60128-0001 | HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 |
| HSBC Card Services<br>PO BOX 5222<br>Carol Stream, IL 60197-5222 | Hoover medical Clinic<br>31690 Hoover Rd<br>Warren, MI 48093-7653 | IC System Inc<br>444 Highway 96 East<br>PO BOX 64887<br>Saint Paul, MN 55164-0887 |
| IPC of Michigan<br>PO BOX 513416<br>Los Angeles, CA 90051-3416 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Island National Group LLC<br>PO BOX 18009<br>Hauppauge, NY 11788 |
| JC Penny<br>PO BOX 960090<br>Orlando, FL 32896-0090 | Juniper<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | LTD Financial Services LP<br>7322 Southwest Freeway, Ste 6100<br>Houston, TX 77074-2010 |
| Law Offices of Thomas Landis, Esq<br>Four Greenwood Square Suite 220<br>3325 Street Rd<br>Bensalem, PA 19020-2021 | Law offices of Joe Pezzuto LLC<br>4013 E. Broadway Suite 2A<br>Phoenix, AZ 85040-8818 | Medical Financial Solutions<br>PO BOX 71585<br>Madison Heights, MI 48071-0585 |
| Michigan Department of Treasury<br>P.O. Box 77000<br>Detroit, MI 48277-2000 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044-2368 |
| Northstar Location Services LLC<br>4285 Genesee St<br>Buffalo, NY 14225-1943 | OMG Madison Heights<br>27301 Dequindre Suite 314<br>Madison Heights, MI 48071-3459 | Oakland Macomb Surgical Group<br>27483 Dequindre #301<br>Madison Heights, MI 48071-5715 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs<br>POB 12914<br>NORFOLK VA 23541-0914 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Recovery Services Inc.<br>PO BOX 1880<br>Voorhees, NJ 08043-7880 |
| Quest Diagnostics<br>PO BOX 740020<br>Cincinnati, OH 45274-0020 | Redline Recovery Services LLC<br>11675 Rainwater Dr Ste 350<br>Alpharetta, GA 30009-8693 | Schoenherr Medical Association<br>27101 Schoenherr Rd<br>Warren, MI 48088-4730 |

| | | |
|---|---|---|
| Sentry Credit Inc.<br>2809 Grand Ave<br>Everett, WA 98201-3417 | St. John Farmbrook Medical<br>PO BOX 67000<br>Detroit, MI 48267-1841 | St. John Macomb - Oakland Hospital<br>3123 Solutions Center<br>Chicago, IL 60677-3001 |
| Sunrise Credit Services Inc.<br>PO BOX 9100<br>Farmingdale, NY 11735-9100 | This is a Medical Bill<br>PO BOX 938<br>Dillon, CO 80435-0938 | U.S. Attorney<br>Atten: Civil Division<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226-3220 |
| U.S. Department of Education<br>OP BOX 530260<br>Atlanta, GA 30353-0260 | U.S. Trustee<br>211 W. Fort Street<br>Room 743<br>Detroit, MI 48226-3263 | US DEPT OF EDUCATION<br>DIRECT LOAN SCG<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609 |
| Ved P Singla Md Pc<br>11900 E. 12 Mile Rd<br>Suite 204<br>Troy, MI 48083 | World Financial Network National Bank<br>PO BOX 182125<br>Columbus, OH 43218-2125 | Edward J. Gudeman<br>26862 Woodward Ave.<br>Suite 103<br>Royal Oak, MI 48067-0958 |
| Janice Katherine Pewarchie<br>15124 Chippewa<br>Warren, MI 48088-2090 | Krispen S. Carroll<br>719 Griswold<br>1100 Dime Building<br>Detroit, MI 48226 | Michael Andrew Pewarchie III<br>15124 Chippewa<br>Warren, MI 48088-2090 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc<br>PO BOX 183853<br>Arlington, TX 76096 | IRS<br>PO BOX 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Portfolio Recovery<br>120 Corporate Blvd.<br>Suite 1<br>Norfolk, VA 23502 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Extra Credit Union f/k/a Metro Credit Unio | (u)GMAC Mortgage LLC. | (u)State of Michigan Department of Treasury |

(u)Ameri Credit                 (d)PRA Receivables Management, LLC        End of Label Matrix
                                As Agent Of Portfolio Recovery Assocs.    Mailable recipients    74
                                PO Box 12914                              Bypassed recipients     5
                                NORFOLK VA 23541-0914                     Total                  79